**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **ANN MAHONEY AND CHRISTOPHER MAHONEY**, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )     Case No. 4:17-cv-01800-AGF ) |
| **MONTEREY FINANCIAL SERVICES, LLC**, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SETTLEMENT

COME NOW Plaintiffs Ann Mahoney and Christopher Mahoney and hereby notify this Court that the parties have reached a confidential settlement on all of Plaintiffs' claims. The parties respectfully request that the Court continue this matter for 60 days to allow the parties to finalize the settlement. Thereafter, Plaintiffs will stipulate to a dismissal with prejudice of all of their claims against the Defendant.

                                                                         BRODY & CORNWELL

                                                                         /s/ Bryan E. Brody

                                                                         _____
                                                                         Bryan E. Brody, #57580MO
                                                                         Alexander J. Cornwell, #64793MO
                                                                         7730 Carondelet Avenue, Suite 135
                                                                         Clayton, Missouri 63105
                                                                         Phone: (314) 932-1068
                                                                         bbrody@brodyandcornwell.com
                                                                         acornwell@brodyandcornwell.com

## CERTIFICATE OF SERVICE

The undersigned attests that, on September 18, 2017, the foregoing document was served via the Court's electronic filing system on the following counsel of record:

Brendan H. Little
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
blittle@lippes.com

                                             /s/ Bryan E. Brody
                                             _____